IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 98-11511
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH JONES, also known as Jap,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-082-P-1
--------------------

August 27, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed appellate counsel for Kenneth Jones, has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Jones has responded to the motion by filing a brief wherein he contends that there are nonfrivolous grounds for appeal.  Our independent review of the briefs and the record discloses no nonfrivolous issue.  Accordingly, the motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.